USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2018

Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Mary Kate Brennan (MB 5595)
mbrennan@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiff*
*Skyrocket, LLC d/b/a Skyrocket Toys LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKYROCKET, LLC d/b/a SKYROCKET TOYS LLC<br><br>*Plaintiff*<br><br>v.<br><br>5ATOY STORE, B2B_BABY, COOLTOY STORE, CORDAZLE TOY STORE STORE, DOUBLED, DROPSHIP PROFESSIONAL SERVICE STORE, DZ_JEWELRY A/K/A DZ-TOYS AND GAMES ONLINE STORE, EDENKING, EKINCHAN, GOOD SISDER STORE, HIZOECHU TOY STORE, JAYSUING, JIANGYUANZE, JINKEDA688, JOCESTYLE GLOBAL DIRECT STORE, JTOY, KIDS_DRESS, KIDS_SHOW, LENOVA, LIANGJINGJING_KITCHE, LIANGJINGJING_NO1, LIANGJINGJING_NO3, LIANGJINGJING_WATCH, LIGHTCRACK, LJ FUN STORE, LOLSURPRISE OFLICIAL STORE, LOYUDAY STORE, MANDYE STORE, MICSELLCOM, MVP999 STORE, NINGBO JINGFENG INTERNATIONAL TRADE CO., LTD., OUMEIDA TOY STORE, | **UNSEALING ORDER** |

SHENZHEN HONGJIAXIN PLASTIC PRODUCTS CO., LTD., SHENZHEN LONGESEN TECHNOLOGY CO., LTD., SHENZHEN XINQI TECHNOLOGY CO., LTD., SHINE FOR YOU STORE, SHOP2945021 STORE, SHOP2951139 STORE, SHOP3661063 STORE, SHOP3680088 STORE, SWEET_CARGO, TOP_TOY, TOYGUYS, TRITRUT, YANGZHOU DU LALA CRAFTS CO., LTD., YANGZHOU HOME KA CRAFTS LTD., YIWU CITY TRENDZ ACCESSORIES CO., LTD., YIWU DEMI ELECTRONIC COMMERCE CO., LTD., YIWU HAO YI PAPER PRODUCTS FIRM and YIWU TOP TOY FACTORY,

*Defendants*

WHEREAS the Court orders that this Action be unsealed and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this  18th  day of   December  , 2018, at       1:30 p.m.
New York, New York

HON. ANALISA TORRES
UNITED STATES DISTRICT JUDGE