Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Brieanne Scully (BS 3711)
bscully@ipcounselors.com
Andrew S. Chung (AC 1988)
achung@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone:  (212) 292-5390
Facsimile:  (212) 292-5391
*Attorneys for Plaintiff*
*Skyrocket, LLC d/b/a Skyrocket Toys LLC*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/22/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SKYROCKET, LLC d/b/a SKYROCKET TOYS LLC,<br><br>*Plaintiff*<br><br>V.<br><br>5ATOYSTORE, *et al.*,<br><br>*Defendants* | **CIVIL ACTION No.**<br>**18-cv-11280 (AT)** |

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Skyrocket, LLC d/b/a Skyrocket Toys LLC ("Skyrocket" or "Plaintiff"), by their undersigned attorneys, hereby give notice of dismissal of all claims against Defendants Ningbo Jingfeng International Trade Co., Ltd. and Shenzhen Longesen Technology Co., Ltd. in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: February 22, 2019

Respectfully submitted,

**EPSTEIN DRANGEL LLP**

BY: _____
Andrew S. Chung (AC 1988)
achung@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 2520
New York, NY 10165
Telephone: (212) 292-5390
Facsimile: (212) 292-5391
*Attorneys for Plaintiff
Skyrocket, LLC d/b/a Skyrocket Toys LLC*

**It is so ORDERED.**

Signed at New York, NY on February 22, 2019.

_____
Judge Analisa Torres
United States District Judge

2